CSD 1182 [01/10/08]
Name, Address, Telephone No. & I.D. No.

Jeffrey D. Larkin, SBN# 228684
DOAN LAW FIRM, LLP
2850 Pio Pico Dr., Suite D
Carlsbad, CA 92008
(760) 450-3333 p  (760) 720-6082 f

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

ROBERT AND DOROTHY DAVIS

BANKRUPTCY NO. 08-12743-LA7

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-_____    Debtor.

**NOTICE OF MOTION FOR** AVOIDING JUDICIAL LIEN

TO: James Kennedy, Trustee, US Trustee, MCT Group, Inc., Robert Susnow, Esq.

You are herewith served with the attached Motion by ROBERT AND DOROTHY DAVIS

for: MOTION TO AVOID A JUDICIAL LIEN ON NON-PURCHASE MONEY SECURITY INTERESTS

and any accompanying declarations.

If you object to the Court granting the relief requested in the Motion:

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. *If a Chapter 7, 11, or 12 case*, determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number is followed by the letter:

    - JM   -   call (619) 557-6019   -   DEPARTMENT ONE (Room 218)
    - LA   -   call (619) 557-6594   -   DEPARTMENT TWO (Room 118)
    - LT   -   call (619) 557-6018   -   DEPARTMENT THREE (Room 129)
    - PB   -   call (619) 557-5157   -   DEPARTMENT FOUR (Room 328)

    For ALL Chapter 13 cases, call (619) 557-5955.

2. **WITHIN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE OF THE MOTION**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers. The

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.
[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1182                                                                                               [Continued on Page 2]

CSD 1182 (Page 2) [01/10/08]

    opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

        a.    identify the interest of the opposing party; and

        b.    state, with particularity, the grounds for the opposition.

3.    **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 14-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

DATED: 12/16/08

                                /s/ Jeffrey D. Larkin
                                Attorney for Moving Party

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 16 day of December, 2008, I served a true copy of the within NOTICE OF MOTION by [describe here mode of service]

US MAIL, POSTAGE PREPAID

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ] Attorney for Debtor (if required):

| | |
|---|---|
| MCT Group, Inc.<br>2309 W. 190th St.<br>Redondo Beach, CA 90504 | James Kennedy, Trustee<br>P.O. Box 28459<br>San Diego, CA 92198 |
| Robert Susnow (Agent for Service)<br>498 S. Spalding Dr.<br>Beverly Hills, CA 90212 | Law Offices of Robert Susnow<br>P.O. Box 15245<br>Beverly Hills, CA 90209 |

| [✓] For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  12/16/08                    /s/ Jeffrey D. Larkin
           (Date)                              (Typed Name and Signature)

                                                2850 Pio Pico Dr., Suite D
                                                (Address)

                                                Carlsbad, CA 92008
                                                (City, State, ZIP Code)

CSD 1182

# California Business Portal

**Secretary of State DEBRA BOWEN**

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

## Corporations

Business Search Corporations
- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- FAQS
- Corporations Main Page
- Site Search

The information displayed here is current as of "DEC 12, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MCT GROUP INC. | | |
| **Number:** C2693066 | **Date Filed:** 12/7/2004 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 2309 W 190TH ST | | |
| REDONDO BEACH, CA 90504 | | |
| **Agent for Service of Process** | | |
| ROBERT L SUSNOW | | |
| 498 S SPALDING DR | | |
| BEVERLY HILLS, CA 90212 | | |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.