CSD 1001A [08/22/03]

Name, Address, Telephone No. & I.D. No.
JEFFREY D. LARKIN, SBN# 228684
DOAN LAW FIRM, LLP
2850 PIO PICO DR., SUITE D
CARLSBAD, CA 92008
(760) 720-6042
FAX: (760) 720-6082

Order Entered on
January 07, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

ROBERT AND DOROTHY DAVIS

Debtor.

BANKRUPTCY NO. 08-12743-LA7

Date of Hearing:
Time of Hearing:
Name of Judge: ADLER

## ORDER ON MOTION TO AVOID JUDICIAL LIEN ON NON-PURCHASE MONEY SECURITY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __8__

//
//
//
//
//
//

DATED: January 07, 2009

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

DOAN LAW FIRM, LLP
(Firm name)

By:s/ecf/ Jeffrey D. Larkin
     Attorney for Movant

CSD 1001A

Case 08-12743-LA7    Filed 01/07/09    Doc 11    Pg. 2 of 2

CSD 1001A [08/22/03] (Page 2)
ORDER ON MOTION TO AVOID JUDICIAL LIEN ON NON-PURCHASE MONEY SECURITY
DEBTOR: ROBERT AND DOROTHY DAVIS                                CASE NO:08-12743-LA7

AND NOW, upon the Debtor's motion to avoid a judicial lien on non-purchase money security interests which Debtor has received no pleadings in opposition hereto served by Debtor on 12/16/08;

It is hereby ORDERED AND DECREED that the funds garnished by MCT Group in the amount of $1,396.11 shall immediately be released to the Debtor, Dorothy Davis in care of her attorney, Jeffrey D. Larkin.

CSD 1001A

*Signed by Judge Louise DeCarl Adler January 07,2009*